Falcó, en Representación de su Hijo Menor, Peticionaria, *v.* Hernández, Secretario del Tribunal Supremo, Demandado.

Solicitud para que se expida auto de *mandamus* al secretario del Tribunal Supremo para que certifique grátis una transcripción de autos de un caso apelado a la Corte Suprema de los Estados Unidos.

No. 147.—Resuelto en noviembre 23, 1914.

Pobreza—Resoluciones de las Cortes de Distrito Concediendo el Derecho de Litigar Como Pobre—Sus Efectos para con el Secretario de la Corte Suprema.—Las resoluciones ·de las cortes de distrito concediendo el derecho de litigar como pobre, solo relevan a dicha parte del deber de pagar los derechos devengados ante ellas, de acuerdo con la ley de 10 de marzo de 1904, página 116, pero no tienen el alcance de obligar al secretario de esta Corte Suprema a que deje de cobrar los derechos que determina la ley de 12 de marzo de 1908, página 71.

Los hechos están expresados en la opinión.

Abogado de la peticionaria: *Sr. Fernando Vázquez.*

El demandado no compareció.

El Juez Asociado Sr. Aldrey, emitió la opinión ·del tribunal.

Rosa Falcó, en representación de un hijo suyo menor de edad, inició un pleito ante el Tribunal de Distrito de Mayagüez, quien le concedió el derecho de litigar como pobre recibiendo gratuitamente los servicios del tribunal. Traído el pleito ante nosotros en grado de apelación y siéndole contraria nuestra sentencia, ha interpuesto recurso de apelación para ante el Tribunal Supremo de los Estados Unidos.

Alegando estos hechos y que el secretario de este tribunal le exige la cantidad de 32 pesos en sellos de rentas para adherirlos a la certificación de la transcripción de la apelación que ha de librar para ser presentada en el tribunal de apelación, solicita que expidamos un auto perentorio de *mandamus* por el que obliguemos al secretario a autorizar la transcripción sin cobrar cantidad alguna por sus servicios.

La ley de 10 de marzo de 1904, referente a los derechos y compensación de ciertos funcionarios, al determinar las cantidades que el secretario del tribunal de distrito y el márshal podrán legalmente cobrar por los servicios que prestaren en el cumplimiento de los deberes que la ley les impone, concedió al juez la facultad de relevar del pago de ellos a las partes en las acciones civiles cuando se le justificare la imposibilidad de pagarlos y que tienen una buena causa de acción o de defensa. Así, pues, de acuerdo con tal ley, la resolución del Tribunal de Distrito de Mayagüez no tiene más alcance que el de relevar a Rosa Falcó del pago de los derechos en ella mencionados que se devenguen en dicho tribunal, por lo que no puede obligar esa resolución al secretario de este tribunal ni podemos apoyarnos en ella para compelerle a que autorice la transcripción sin cobrar la cantidad que reclama.

Además, los derechos que cobra nuestro secretario no han sido establecidos por la ley antes mencionada, sino por la posterior de 12 de marzo de 1908 fijando determinados derechos, sin que exista disposición legal alguna que autorice a este tribunal para eximir de su pago.

La solicitud de *mandamus* debe ser negada.

*Denegada la solicitud.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.